RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7
Trustee, DAVID M. GOODRICH

**FILED & ENTERED**

**DEC 21 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL AND CARLA TORRES,<br><br>Debtor.<br><br>DAVID M. GOODRICH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL AND CARLA TORRES,<br><br>Defendants. | Case No. 2:17-BK-18258-WB<br><br>Chapter 7<br><br>Adv. No. 2:18-ap-01135-WB<br><br>JUDGMENT DENYING DISCHARGE<br><br>[MOTION – DOCKET NO. 16]<br><br>Hearing:<br>Date: August 14, 2018<br>Time: 2:00 p.m.<br>Ctrm: 1375<br>Location: 255 E. Temple Street<br>Los Angeles, CA 90012 |

Pursuant to the *Order Granting the Plaintiff's Motion for Entry of Default Judgment*

(Adversary Docket No. 26), and based on the findings of facts and conclusions of law placed on

the record, the Court enters Judgment in favor of David M. Goodrich, in his capacity as Plaintiff

and Chapter 7 Trustee ("Trustee" or "Plaintiff") of the Bankruptcy Estate of the above-captioned

debtors, and defendants in this adversary proceeding, Michael Torres ("Mr. Torres") and Carla

Torres ("Ms. Torres" and, collectively with Mr. Torres, the "Debtors" or the "Defendants").

/ / /

/ / /

4842-4364-4781, v. 1/1300-010

1  IT IS ORDERED, ADJUDGED, AND DECREED that the Judgment is entered against

2 all Defendants in favor of the Trustee as follows:

3  1. Judgment is entered in favor of the Trustee on the First Claim for Relief pursuant

4 to 11 U.S.C. § 727(a)(2)(A), and accordingly both Debtors are denied a discharge;

5  2. Judgment is entered in favor of the Trustee on the Second Claim for Relief

6 pursuant to 11 U.S.C. § 727(a)(2)(B), and accordingly both Debtors are denied a discharge;

7  3. Judgment is entered in favor of the Trustee on the Third Claim for Relief pursuant

8 to 11 U.S.C. §§ 727 (a)(4)(A) and (a)(4)(D), and accordingly both Debtors are denied a

9 discharge; and

10  4. Judgment is entered in favor of the Trustee on the Fourth Claim for Relief

11 pursuant to 11 U.S.C. § 727 (a)(5), and accordingly both Debtors are denied a discharge.

12        ###

Date: December 21, 2018

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

4842-4364-4781, v. 1/1300-010